UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
JAMES MEDLOCK, SHARON MEEKINS, LOIS      :
MEIDL, JAMES MELEEN, PATRICIA MEYER,     :
JUDY MILHAM, BARBARA MILLER, LEOLA       :
MITCHELL, ROBIN MITCHELL, ELAINE         :
MORGAN, VIRGIE MOTON, JOHN MOXLEY,       :
ALEXIS MURPHY, CHERYL MURRAY-LEE,        :
GAIL A. NOLAN, LINDA NORRIS, WILLIAM     :
NUSSBAUM, DONNA NUTTER, ELLEN            :
O'BOYLE, SUE O'HARA,                     :
                                         :
         Plaintiffs.                     :   Civil Action
v.                                       :   No. 04-11281-GAO
                                         :
INDEVUS PHARMACEUTICALS, INC., F/K/A     :
INTERNEURON PHARMACEUTICALS, INC.;       :
WYETH, INC., F/K/A AMERICAN HOME         :
PRODUCTS CORPORATION; WYETH              :
PHARMACEUTICALS, INC F/K/A WYETH-        :
AYERST PHARMACEUTICALS, INC., A          :
DIVISION OF AMERICAN HOME PRODUCTS       :
CORPORATION; AND BOEHRINGER              :
INGELHEIM PHARMACEUTICALS, INC.,         :
                                         :
         Defendants.                     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## **NOTICE OF APPEARANCE**

Please enter our appearance as counsel of record for Defendant Boehringer Ingelheim Pharmaceuticals, Inc. in the above-captioned action.

Dated: June 30, 2004                        Respectfully submitted,
       Boston, Massachusetts
                                             /s/Matthew J. Matule
                                             Matthew J. Matule (BBO #632075)
                                             SKADDEN, ARPS, SLATE,
Of Counsel:                                    MEAGHER & FLOM LLP
Barbara Wrubel                               One Beacon Street
Katherine Armstrong                          Boston, Massachusetts 02108
SKADDEN, ARPS, SLATE,                        (617) 573-4800
   MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000                               Counsel for Defendant
                                              Boehringer Ingelheim Pharmaceuticals, Inc.