UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

| | |
|---|---|
| JAMES MEDLOCK, SHARON MEEKINS, LOIS MEIDL, JAMES MELEEN, PATRICIA MEYER, JUDY MILHAM, BARBARA MILLER, LEOLA MITCHELL, ROBIN MITCHELL, ELAINE MORGAN, VIRGIE MOTON, JOHN MOXLEY, ALEXIS MURPHY, CHERYL MURRAY-LEE, GAIL A. NOLAN, LINDA NORRIS, WILLIAM NUSSBAUM, DONNA NUTTER, ELLEN O'BOYLE, SUE O'HARA, | |
| Plaintiffs, | Civil Action |
| v. | No. 04-11281-GAO |
| INDEVUS PHARMACEUTICALS, INC., F/K/A INTERNEURON PHARMACEUTICALS, INC.; WYETH, INC., F/K/A AMERICAN HOME PRODUCTS CORPORATION; WYETH PHARMACEUTICALS, INC F/K/A WYETH-AYERST PHARMACEUTICALS, INC., A DIVISION OF AMERICAN HOME PRODUCTS CORPORATION; AND BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., | |
| Defendants. | |

## **NOTICE OF APPEARANCE**

Please enter our appearance as counsel of record for Defendant Indevus Pharmaceuticals, Inc. in the above-captioned action.

Dated: September 15, 2004  Respectfully submitted,
       Boston, Massachusetts

/s/Matthew J. Matule
Matthew J. Matule (BBO #632075)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP

Of Counsel:  One Beacon Street
Barbara Wrubel  Boston, Massachusetts 02108
Katherine Armstrong  (617) 573-4800
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000  Counsel for Defendant
Indevus Pharmaceuticals, Inc.